IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

FILED
15 APR 22 AM 11: 38
SHARON L. OVINGTON
UNITED STATES
MAGISTRATE JUDGE

UNITED STATES OF AMERICA )
)
vs ) Case No. 3:15CR003
)
)
JEFFREY CORDRAY

ORDER TERMINATING PROBATION

The above named was placed on probation on March 18, 2015 for a period of six months. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from probation supervision.

Dated this 22nd day of April, 2015

Sharon L. Ovington
United States Magistrate Court Judge